IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-20046-01-DDC |
| ) | |
| RAYVON PORTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## FINAL ORDER OF FORFEITURE

The United States of America moves for a final forfeiture order forfeiting to the United States of America certain personal property. Doc. 51. After reviewing the record, the court makes the following findings:

1. On May 30, 2025, this court entered a Preliminary Order of Forfeiture ordering the forfeiture of the following property, subject to third party claims:

   A. A Glock, Model 29, 10mm handgun, bearing serial number BBGP707; and

   B. Ammunition.

2. Notice was published on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on September 9, 2025, of the United States' intent to dispose of the property in accordance with the law, and, further notifying all third parties of their right to petition the court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property.

3. The United States sent a copy of the Preliminary Order of Forfeiture and Notice of Forfeiture to N. Coats by certified mail, return receipt requested and first-class mail. Doc. 50.

4.	It appears from the record that no petitions or claims, contested or otherwise, have been filed.

THE COURT THEREFORE ORDERS that the United States' Motion for a Final Order of Forfeiture (Doc. 51) is granted.  All right, title, and interest to the property listed above is hereby condemned, forfeited to, and vested in the United States of America and shall be disposed of according to law.

THE COURT FURTHER ORDERS that the United States District Court shall retain jurisdiction of the case for the purpose of enforcing this Order.

IT IS SO ORDERED.

Dated this 24th day of November, 2025.

s/ Daniel D. Crabtree
DANIEL D. CRABTREE
UNITED STATES DISTRICT JUDGE